# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

132156

JANE CAMPBELL WEST and
JOE ELDON WEST, JR.,
    Plaintiff-Appellees,

v

FARM BUREAU GENERAL
INSURANCE COMPANY OF
MICHIGAN, a Michigan
Corporation,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:  132156
COA: 251003
Charlevoix CC: 02-001558-CH

_____/

   By order of January 24, 2007, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *McDonald v Farm Bureau Insurance Co* (Docket No. 132218).  On order of the Court, the case having been decided on April 23, 2008, 480 Mich 191 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

l0716

Clerk